UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**ESTHER SALAS**<br>UNITED STATES DISTRICT JUDGE | MARTIN LUTHER KING<br>COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2037<br>NEWARK, NJ 07101<br>973-297-4887 |

September 11, 2020

## LETTER ORDER

    **Re:**    *Muslih, et al. v. County of Essex, et al.*
               **Civil Action No. 20-6694 (ES)(MAH)**

Dear counsel:

      On June 19, 2020, plaintiffs Muhammad Muslih, Soulaiha Muslih, and Alia Muslih (collectively, "Plaintiffs") moved to remand this action to the Superior Court of New Jersey, Law Division, Essex County ("Motion"). (D.E. No. 4). On August 25, 2020, the Honorable Michael A. Hammer, U.S.M.J., issued a Report and Recommendation, recommending that the Court deny Plaintiffs' Motion. (D.E. No. 21 ("R&R")). Magistrate Judge Hammer provided the parties fourteen days to file and serve objections to the R&R pursuant to 28 U.S.C. § 636 and Local Civil Rule 72.1(c)(2). (*Id.* at 4). The parties did not file any objections.

      "[W]here no objections are made in regard to a report or parts thereof, the district court will adopt the report and accept the recommendation if it is 'satisf[ied] . . . that there is no clear error on the face of the record.'" *Sportscare of Am., P.C. v. Multiplan, Inc.*, No. 10-4414, 2011 WL 500195, at *1 (D.N.J. Feb. 10, 2011) (quoting Fed. R. Civ. P. 72 Advisory Committee's Notes). The Court independently reviewed the record and the R&R, this Court found no clear error on the face of the record, and this Court hereby adopts it as the Opinion of this Court.

      Accordingly, IT IS on this 11th day of September 2020,

      **ORDERED** that this Court ADOPTS Magistrate Judge Hammer's R&R in full; and it is further

      **ORDERED** that Plaintiffs' motion to remand this action to the Superior Court of New Jersey, Law Division, Essex County is DENIED; and it is further

      **ORDERED** that the Clerk of Court TERMINATE docket entry number 4.

 

                                                *s/Esther Salas*
                                                **Esther Salas, U.S.D.J.**